**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jaime LOPEZ–VILLA, Defendant—**
**Appellant.**

No. 05–50349.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided July 28, 2006.

Jennifer T. Manion, AUSA, San Diego, CA, for Plaintiff-Appellee.

Joan Kerry Bader, Esq., San Diego, CA, for Defendant-Appellant.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ***

This is an appeal from the sentence imposed upon revocation of supervised release. A review of the record indicates that the appeal is moot because the custodial term has ended and Appellant was not sentenced to a term of supervised release to follow his custodial sentence. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**APPEAL DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.